**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:  CASE NO. 06-30561-PNS3
 CHAPTER 13
LOUIS ODOM

        Debtor(s)
_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

    **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1. The Trustee has issued check(s) FOR: AIS SERVICES, LLC which remains outstanding and uncleared.

    2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 424104 in the amount of $12.42 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

LOUIS ODOM
611 NORTH C STREET
PENSACOLA, FL 32501

AIS SERVICES, LLC
9320 CHESAPEAKE DRIVE
SUITE 126
SAN DIEGO, CA 92123

AND

KARIN A. GARVIN, ESQUIRE
1801 W. GARDEN STREET
PENSACOLA, FL 32502

on the same date as reflected on the Court's docket as the electronic filing date for this document.

11/21/2011 12:10 pm / CR_213

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE